IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIANA V. MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:17-cv-00990-PKC |
| STERLING INFOSYSTEMS, INC., | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT STERLING INFOSYSTEMS, INC.

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Sterling Infosystems, Inc., by counsel, hereby states: (1) it is a wholly-owned subsidiary of Sterling Ultimate Parent Corp.; (2) Goldman Sachs Group, Inc. (NYSE: GS) owns or controls ten percent (10%) or more of the stock in Sterling Ultimate Parent Corp.; and (3) La Caisse de dépôt et placement du Québec (CDPQ) owns or controls ten percent (10%) or more of the stock in Sterling Ultimate Parent Corp.

Dated:  April 11, 2017               Respectfully submitted,

                                     _____/s/_____
                                     LECLAIRRYAN
                                     Michael J. Case
                                     885 Third Ave, 16th Floor
                                     New York, NY 10022
                                     Telephone:  (212) 634-5030
                                     Facsimile:  (212) 986-3509
                                     michael.case@leclairryan.com

Megan S. Ben'Ary
(admitted *pro hac vice*)
2318 Mill Rd, Suite 1100
Alexandria, VA 22314
Telephone: (703) 647-5933
Facsimile: (703) 647-5983
megan.benary@leclairryan.com

***Counsel for Defendant Sterling Infosystems, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2017, I filed a true and correct copy of the foregoing with the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

>Adam G. Singer
>Law Office of Adam G. Singer, PLLC
>60 E. 42nd Street, Suite 4600
>New York, NY 10165
>
>Erin Novak, Esq.
>Francis & Mailman, P.C.
>Land Title Building
>100 South Broad Street, Suite 1902
>Philadelphia, PA 19110
>
>***Counsel for Plaintiff***

>_____/s/_____
>Megan S. Ben'Ary
>(admitted *pro hac vice*)
>2318 Mill Rd, Suite 1100
>Alexandria, VA 22314
>Telephone: (703) 647-5933
>Facsimile: (703) 647-5983
>megan.benary@leclairryan.com
>
>***Counsel for Defendant Sterling Infosystems, Inc.***